## JACQUES CAMPAU *versus* VICTOR MORAS

JOURNAL ENTRIES (1818): *Journal 2:* (1) Argument postponed *p. 590; (2) judgment *p. 613.

PAPERS IN FILE: (1) Writ of habeas corpus; (2) writ of certiorari; (3) transcript of proceedings in county court; (4) transcript of proceedings before McDougall, J. P.; (5) transcript of proceedings in county court; (6) writ of fi. fa. and return; (7) receipts of fees to arbitrators.

*Office Docket*, MS p. 70, c. [3].

## MICHAEL DOUSMAN *versus* WILLIAM H. PUTHUFF

. . . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1818–19): *Journal 2:* (1) Recognizance *p. 593; (2) appearance *p. 666; (3) continued *p. 675.

PAPERS IN FILE: [None]